**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-1376927** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2910 Highway 65** <br> **Conway, SC 29526** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Horry** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC**
_____
Name

Case number (*if known*) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

Debtor    **Bakers Residential Experts Heating, Cooling, Plumbing, and
Electrical, LLC**

Case number (*if known*)

Name

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January  5, 2024**
MM / DD / YYYY

**X** **/s/ Franklin Felton, Sr**                                   **Franklin Felton, Sr**
Signature of authorized representative of debtor                    Printed name

Title     **Owner**

---

**18. Signature of attorney**

**X** **/s/ Kevin Campbell**                                   Date **January  5, 2024**
Signature of attorney for debtor                                    MM / DD / YYYY

**Kevin Campbell 0030**
Printed name

**Campbell Law Firm, PA**
Firm name

**PO Box 684**
**Mt. Pleasant, SC 29465**
Number, Street, City, State & ZIP Code

Contact phone     **(843)884-6874**     Email address     **kcampbell@campbell-law-firm.com**

**0030 SC**
Bar number and State

---

### Bakers Residential Experts
### Profit and Loss
#### January - December 2023

|  | Total |
|---|---:|
| **Income** | |
| Discounts given | -186,161.53 |
| Don's Car Crushing | 2,090.56 |
| Housecall Pro Tips Account | 1,319.45 |
| Refunds and Allowances | 2,890.82 |
| Sales of Product Income | 1,307,164.26 |
| Sales Tax Collected | -93.83 |
| Services | 697,731.55 |
|   Electric Services | 7,106.37 |
|   HVAC Install-Charleston | 309,284.75 |
|   HVAC Install-Conway | 245,752.16 |
|   HVAC Services | 84,552.63 |
|   HVAC Services-Charleston | 75,286.94 |
|   Plumbing Services | 8,935.17 |
|   Sales | 7,168.76 |
|    Ally Financing Sales | 193,469.50 |
|   Total Sales | $ 200,638.26 |
| Total Services | $ 1,629,287.83 |
| **Total Income** | $ 2,756,497.56 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 214,427.08 |
|   Carrier Enterprise | 1,161.27 |
|   Cregger Company | -820.57 |
|   East Coast Metal | 37,811.46 |
|   Epting Distributor | 32,777.96 |
| Total Cost of Goods Sold | $ 285,357.20 |
| Housecall Pro Payment Processing Fee | 33,205.19 |
| Sub contractor | 4,100.00 |
| Supplies & Materials | 16,040.76 |
|   Electrical Supplies | 12,259.55 |
|   HVAC Supplies | 423,238.63 |
|   Plumbing Supplies | 24,787.57 |
| Total Supplies & Materials | $ 476,326.51 |
| **Total Cost of Goods Sold** | $ 798,988.90 |
| **Gross Profit** | $ 1,957,508.66 |
| **Expenses** | |
| Advertising & Marketing | 161,548.80 |
|   Angi | 1,723.69 |
|   Craftjack | 6,145.25 |
|   Facebook | 2,421.94 |
|   Goodzer | 1,923.00 |

| | | |
|---|---|---:|
| Google Ads | | 63,825.58 |
| LinkedIn | | 53.98 |
| Networx Systems | | 4,341.90 |
| RROnlineLead | | 2,688.00 |
| Thumbtack | | 1,591.22 |
| Yelp | | 3,481.43 |
| **Total Advertising & Marketing** | $ | 249,744.79 |
| **Ally Finance costs** | | 8,699.39 |
| **Ask My Accountant** | | 30,757.00 |
| **Bank Charges & Fees** | | 9,247.49 |
| **Break out loan fees** | | 12,000.00 |
| **Car & Truck** | | 10,232.51 |
| Fuel | | 31,925.60 |
| **Total Car & Truck** | $ | 42,158.11 |
| **Computer and Internet Expense** | | 1,902.91 |
| **Dues and Subscriptions** | | 6,462.71 |
| **Equipment Rental** | | 1,602.60 |
| **GoodLeap Finance Charge** | | 632.00 |
| **Housecall Pro Expense Cards** | | 68,722.31 |
| **Insurance** | | 97,155.98 |
| Health Insurance | | -23,377.94 |
| **Total Insurance** | $ | 73,778.04 |
| **Interest Paid** | | 3,391.83 |
| **Job Supplies** | | 113,690.33 |
| **Legal & Professional Services** | | 12,879.74 |
| **Meals & Entertainment** | | 5,390.52 |
| **Merchant Bank Card Fees** | | 112.25 |
| **Office Supplies & Software** | | 2,577.74 |
| **Payroll Expenses** | | 6,900.53 |
| Health Benefits | | -13,219.56 |
| Payroll Billing | | 8,241.23 |
| Payroll Taxes | | 52,611.71 |
| Salary and Wages | | 4,346.15 |
| Administration | | 25,800.00 |
| Angela Felton | | 56,465.00 |
| Electrical Dept | | 46,317.48 |
| Franklin Felton | | 64,500.00 |
| HVAC Dept | | 213,651.89 |
| Installers | | 114,357.13 |
| Office Management | | 85,086.18 |
| Plumbing Dept | | 41,596.06 |
| Total Salary and Wages | $ | 652,119.89 |
| Workmens Comp | | 2,314.60 |
| **Total Payroll Expenses** | $ | 708,968.40 |
| **Purchases** | | 486.00 |
| **Reimbursable Expenses** | | 10,233.29 |
| **Rent & Lease** | | 35,745.48 |

| | | |
|---|---|---:|
| Repair & Maintenance | | 5,514.39 |
| Repairs & Maintenance | | 2,586.88 |
| Taxes & Licenses | | 18,663.69 |
| Telephone | | 19,469.08 |
| Uniforms | | 8,328.26 |
| Utilities | | 3,629.17 |
| Vox Funding Fees | | 6,750.00 |
| Waste Services | | 2,919.32 |
| wisetack processing fee | | 33.15 |
| **Total Expenses** | $ | **1,467,076.87** |
| **Net Operating Income** | $ | **490,431.79** |
| **Other Income** | | |
| other income | | 4,862.31 |
| Sales Tax Discount | | 2.81 |
| Salvage Income | | 7,962.06 |
| **Total Other Income** | $ | **12,827.18** |
| **Net Other Income** | $ | **12,827.18** |
| **Net Income** | $ | **503,258.97** |

Thursday, Dec 14, 2023 06:25:15 AM GMT-8 - Accrual Basis

|  | January 4 Weeks) | February (4 Weeks) | March (4 Weeks) | April (5 Weeks) |
|---|---|---|---|---|
| **Accounts Receivable** |  |  |  |  |
| A/R-Beginning of period | $ 16,850.00 | 11,850.00 | 9,500.00 | 14,500.00 |
| A/R Delivered | 139,000.00 | 114,205.00 | 149,000.00 | 165,000.00 |
| Recepts during month | (144,000.00) | (116,555.00) | (144,000.00) | (169,000.00) |
| A/R-End of Period (Net) | 11,850.00 | 9,500.00 | 14,500.00 | 10,500.00 |
|  |  |  |  |  |
|  |  |  |  |  |
| **Cash Flow Projection** |  |  |  |  |
| **Cash-Beginning Balance** | 22,897.00 | 28,012.00 | 28,047.00 | 29,818.00 |
| Receipts during month | 144,000.00 | 116,555.00 | 144,000.00 | 169,000.00 |
| Salaries (Gross) | (15,000.00) | (15,000.00) | (15,000.00) | (15,000.00) |
| Hourly Wages (Gross) | (28,474.00) | (26,879.00) | (31,300.00) | (31,300.00) |
| Secured Creditors:Auto Payments | (7,520.00) | (7,250.00) | (7,250.00) | (7,250.00) |
|  | - | - | - | - |
| Utilities | (1,829.00) | (1,829.00) | (1,829.00) | (1,829.00) |
|  | - | - | - | - |
|  | - | - | - | - |
| Office lease | (5,600.00) | (5,600.00) | (5,600.00) | (5,600.00) |
| Insurances: |  |  |  |  |
| General Liability | (3,562.00) | (3,562.00) | (3,562.00) | (3,562.00) |
| Auto/Property | (3,100.00) | (3,100.00) | (3,100.00) | (3,100.00) |
| Workers Comp | (7,500.00) | (3,600.00) | (3,600.00) | (4,277.78) |
| Materials/Air/Disposal | (48,500.00) | (35,400.00) | (56,288.00) | (65,500.00) |
| Gas/Travel | (3,800.00) | (3,800.00) | (3,200.00) | (4,500.00) |
| General & Administratvie Expense | (2,500.00) | (2,500.00) | (2,500.00) | (2,500.00) |
| Advertising | (9,000.00) | (5,500.00) | (6,500.00) | (10,000.00) |
| Professional/Financing Fees | (2,500.00) | (2,500.00) | (2,500.00) | (4,000.00) |
| All other (Misc) | - | - | - | - |
| Bankruptcy fees |  |  |  |  |
|  |  |  |  |  |
| **Total Expenses** | (138,885.00) | (116,520.00) | (142,229.00) | (158,418.78) |
|  |  |  |  |  |
| **Net Cash Position** | 5,115.00 | 35.00 | 1,771.00 | 10,581.22 |
|  |  |  |  |  |
| **Cumulative Cash Position** | 28,012.00 | 28,047.00 | 29,818.00 | 40,399.22 |

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**
*(Sole Proprietorship)*

Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. 09

| Name of proprietor | Social security number (SSN) |
|---|---|
| FRANKLIN FELTON | |

| A | Principal business or profession, including product or service (see instructions) | B | Enter code from instructions |
|---|---|---|---|
| | ELECTRIC, PLUMBING AND HAVAC SERVICES | | |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN) |
|---|---|---|---|
| | BAKERS HEATING, COOLING AND PLUMBING LLC | | |

| E | Business address (including suite or room no.)  3910 HWY 65 BUILDING A |
|---|---|
| | City, town or post office, state, and ZIP code   CONWAY, SC 29526 |

F  Accounting method:  (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) _____

G  Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses.  ☒ Yes ☐ No

H  If you started or acquired this business during 2022, check here . . . . . . . . . . . . . . . . ☐

I  Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions . . . . ☒ Yes ☐ No

J  If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . ☒ Yes ☐ No

**Part I    Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . . ☐ | 1 | 2,559,450. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . | 2 | 12,869. |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | 3 | 2,546,581. |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . | 4 | 910,113. |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . . . . | 5 | 1,636,468. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . | 6 | 11,180. |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . . . | 7 | 1,647,648. |

**Part II    Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | 8 | 260,497. | | 18 | Office expense (see instructions) . | 18 | 8,364. |
| 9 | Car and truck expenses (see instructions) . . . | 9 | 0. | | 19 | Pension and profit-sharing plans . | 19 | |
| 10 | Commissions and fees . . | 10 | 43,046. | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | | a | Vehicles, machinery, and equipment | 20a | 5,493. |
| 12 | Depletion . . . . . | 12 | | | b | Other business property . . . | 20b | 34,089. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | 13 | 72,770. | | 21 | Repairs and maintenance . . . | 21 | |
| | | | | | 22 | Supplies (not included in Part III) . | 22 | 71,261. |
| | | | | | 23 | Taxes and licenses . . . . . | 23 | 87,854. |
| | | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . | 14 | | | a | Travel . . . . . . . . | 24a | |
| 15 | Insurance (other than health) | 15 | 95,951. | | b | Deductible meals (see instructions) . . . . . . | 24b | 4,307. |
| 16 | Interest (see instructions): | | | | 25 | Utilities . . . . . . . | 25 | 24,062. |
| a | Mortgage (paid to banks, etc.) | 16a | | | 26 | Wages (less employment credits) | 26 | 737,620. |
| b | Other . . . . . | 16b | 259,637. | | 27a | Other expenses (from line 48) . . | 27a | 142,107. |
| 17 | Legal and professional services | 17 | 23,445. | | 27b | Reserved for future use . . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . . . . | 28 | 1,870,503. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . | 29 | -222,855. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. Simplified method filers only: Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.  • If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.  • If a loss, you must go to line 32. | 31 | -222,855. |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.  • If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on Form 1041, line 3.  • If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a ☒ All investment is at risk.  32b ☐ Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.      BAA      REV 03/22/23 PRO      Schedule C (Form 1040) 2022

Schedule C (Form 1040) 2022

Page **2**

## Part III — Cost of Goods Sold (see instructions)

| 33 | Method(s) used to value closing inventory: a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation) | | |
|----|----|----|----|
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation | | ☐ Yes   ☐ No |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | 6,703. |
| 38 | Materials and supplies | 38 | 863,581. |
| 39 | Other costs | 39 | 39,829. |
| 40 | Add lines 35 through 39 | 40 | 910,113. |
| 41 | Inventory at end of year | 41 | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 910,113. |

## Part IV — Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year) ............................

44  Of the total number of miles you drove your vehicle during 2022, enter the number of miles you used your vehicle for:

a  Business ........................ b  Commuting (see instructions) ........................ c  Other ........................

| 45 | Was your vehicle available for personal use during off-duty hours? | ☐ Yes   ☐ No |
|----|----|----|
| 46 | Do you (or your spouse) have another vehicle available for personal use? | ☐ Yes   ☐ No |
| 47a | Do you have evidence to support your deduction? | ☐ Yes   ☐ No |
| b | If "Yes," is the evidence written? | ☐ Yes   ☐ No |

## Part V — Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| TRUCK EXPENSE | 11,550. |
| FUEL | 55,095. |
| COMPUTER AND INTERNET | 4,607. |
| DUES AND SUBSCRIPTIONS | 3,898. |
| HOUSE CALL PRO EXP CARDS | 15,300. |
| PAYROLL BILLING | 9,566. |
| POSTAGE | 59. |
| EMPLOYEE REIMBURSAL EXPENSES | 18,052. |
| See Line 48 Other Expenses | 23,980. |
| **48  Total other expenses. Enter here and on line 27a**   48 | 142,107. |

REV 03/22/23 PRO

Schedule C (Form 1040) 2022

| Form **8995** | **Qualified Business Income Deduction Simplified Computation** | OMB No. 1545-2294 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to your tax return. Go to *www.irs.gov/Form8995* for instructions and the latest information. | **2022** Attachment Sequence No. **55** |

Name(s) shown on return FRANKLIN & ANGELA FELTON — Your taxpayer identification number ----

**Note.** You can claim the qualified business income deduction only if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.

Use this form if your taxable income, before your qualified business income deduction, is at or below $170,050 ($340,100 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | BAKERS HEATING, COOLING AND PLUMBING LLC | · | -222,855. |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) . . . . . . . . . . . . . . . . . | 2 | -222,855. | |
| 3 | Qualified business net (loss) carryforward from the prior year . . . . . . | 3 | 434,732.) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | 4 | 0. | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) . . . . . | | | 5    0. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) . . . . . . . . . . . . . . . . . . | 6 | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year . . . . . . . . . . . . . . . . . . . . | 7 ( | ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- . . . . . . . . . . . . . . . . | 8 | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) . . . . . . . . | | | 9 |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 . . . | | | 10    0. |
| 11 | Taxable income before qualified business income deduction (see instructions) | 11 | 0. | |
| 12 | Net capital gain (see instructions) . . . . . . . . . . | 12 | 0. | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . | 13 | 0. | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) . . . . . . . . | | | 14    0. |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) . . . . . . . . . . . . . . | | | 15    0. |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- . . | | | 16 (    657,587.) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- . . . . . . . . . . . . . . . . . . | | | 17 (    0.) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.     REV 03/22/23 PRO     Form **8995** (2022)

**Fill in this information to identify the case:**

Debtor name    **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 5, 2024**     X **/s/ Franklin Felton, Sr**
                                     Signature of individual signing on behalf of debtor

                                       **Franklin Felton, Sr**
                                       Printed name

                                       **Owner**
                                       Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                 **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Breakout Capital, LLC 1451 Dolly Madison Blvd, Ste 200 McLean, VA 22101** | | **90 days or less: Accounts Receivable** | | **$205,000.00** | **$14,000.00** | **$191,000.00** |
| **Vox Funding 100 Park Ave, Floor 26 New York, NY 10017** | | | | | | **$97,000.00** |
| **East Coast Metal Dist LLC 615B Seaboard Street Myrtle Beach, SC 29577** | | | | | | **$91,366.00** |
| **Capybara Capital LLC 6501 Congress Ave., Suite 140 Boca Raton, FL 33487** | | | | | | **$75,000.00** |
| **Capytal (New Capital Group) 1545 Route 202, Ste 101 Pomona, NY 10970** | | | | | | **$72,462.00** |
| **Thriveway Funding Group, LLC 1924 New York Ave Brooklyn, NY 11210** | | | | | | **$72,000.00** |
| **Diesel Funding, LLC 1100 NE 163rd St, Ste 404 Miami, FL 33162** | | | | | | **$71,520.00** |

Debtor    **Bakers Residential Experts Heating, Cooling, Plumbing,
and Electrical, LLC**

Case number *(if known)*

_____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ocean Funding 451 West Cypress Creek Rd., Suite 300 Fort Lauderdale, FL 33309** | | | | | | **$60,468.00** |
| **Fresh Funding 42 Broadway St 1815 New York, NY 10004** | | | | | | **$52,877.00** |
| **Clearstone Fund, LLC 80 W Sunrise Hwy 1096 Valley Stream, NY 11581** | | | | | | **$44,800.00** |
| **Fundbox 6900 Dallas Parkway, ste 700 Plano, TX 75024** | | | | | | **$42,105.00** |
| **Ally Financial PO Box 380901 Minneapolis, MN 55438** | | **2017 Ford Transit Van VIN 1FTBW2YM7HKB4 9791** | | **$35,953.00** | **$13,000.00** | **$22,953.00** |
| **American Express P.O. Box 96001 Los Angeles, CA 90096** | | | | | | **$21,000.00** |
| **Ally Financial PO Box 380901 Minneapolis, MN 55438** | | **2017 Chevy Express Van VIN 1GB0GRFF3H1287 601** | | **$26,467.00** | **$7,500.00** | **$18,967.00** |
| **Ally Financial PO Box 380901 Minneapolis, MN 55438** | | **2015 Chevy Express Van VIN 1GB0G2CFXF1225 041** | | **$14,300.00** | **$7,000.00** | **$7,300.00** |
| **Ally Financial PO Box 380901 Minneapolis, MN 55438** | | **2016 Ford Transit Van VIN 1FTYE1YMXFKA4 1803** | | **$15,650.00** | **$9,000.00** | **$6,650.00** |
| **Lowes Business Account P.O. Box 669824 Dallas, TX 75266** | | | | | | **$6,000.00** |
| **Chase Business 1111 Polaris Pkwy Columbus, OH 43240** | | | | | | **$5,000.00** |

Debtor **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **City Electric Supply Conway 1724 Husted Road Conway, SC 29526** | | | | | | **$4,188.00** |
| **Ally Financial PO Box 380901 Minneapolis, MN 55438** | | **2017 Ford Transit Van VIN NM0LS7E7H1300204** | | **$11,454.00** | **$7,500.00** | **$3,954.00** |

| Fill in this information to identify the case: |
|---|
| Debtor name **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC** |
| United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $         **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................ $     **141,700.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $     **141,700.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **366,490.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $         **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **719,228.00**

4.  Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b         | $     **1,085,718.00** |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|
| Debtor name    **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA |
| Case number (if known)    _____ |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$21,000.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Navy Federal Credit Union** | **Checking** | | **$0.00** |
| 3.2. | **Coastal Carolina National Bank** | **Checking** | | **$3,000.00** |
| 3.3. | **Truist** | **Checking** | | **$0.00** |
| 3.4. | **Wells Fargo** | **Checking** | | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$24,000.00** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

| Debtor | **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **24,000.00**  -  **10,000.00**  = ....    **$14,000.00**
face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**    **$14,000.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture**<br>**Misc office furniture** | **$0.00** | | **$400.00** |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Four old desktop computers** | **$0.00** | | **$300.00** |

Debtor    **Bakers Residential Experts Heating, Cooling,**
          **Plumbing, and Electrical, LLC**          Case number *(If known)* _____
          Name

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                          | $700.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2017 Chevy Express Van**<br>**VIN 1GB0GRFF3H1287601** | $0.00 | | $7,500.00 |
| 47.2.  **2017 Ford Transit Van**<br>**VIN 1FTBW2YM7HKB49791** | $0.00 | | $13,000.00 |
| 47.3.  **2020 Ford Transit Van**<br>**VIN 1FTBR1C89LKB67472** | $0.00 | | $28,000.00 |
| 47.4.  **2017 Ford Transit Van**<br>**VIN NM0LS7E7H1300204** | $0.00 | | $7,500.00 |
| 47.5.  **2015 Chevy Express Van**<br>**VIN 1GB0G2CFXF1225041** | $0.00 | | $7,000.00 |
| 47.6.  **2016 Ford Transit Van**<br>**VIN 1FTYE1YMXFKA41803** | $0.00 | | $9,000.00 |
| 47.7.  **2015 Chevy Silverado**<br>**VIN 1GCNCPEH4FZ422796** | $0.00 | | $7,000.00 |
| 47.8.  **2020 Ford Transit Van**<br>**VIN 1FTBR1X88LKB63648** | $0.00 | | $24,000.00 |

| Debtor | **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$103,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

---

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2910 Highway 65\line Conway, SC 29526** | **Lease with option to purchase** | $0.00 | | $0.00 |
| 55.2. **3516F South Live Oak Drive Moncks Corner, SC** | **Lease** | $0.00 | | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **Bakers Residential Experts Heating, Cooling,**    Case number *(If known)*
          **Plumbing, and Electrical, LLC**
          _____    _____
          Name

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Bakers Residential Experts Heating, Cooling,**
**Plumbing, and Electrical, LLC**
_____
Name

Case number *(If known)*
_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $14,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $103,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $141,700.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $141,700.00 |

**Fill in this information to identify the case:**

Debtor name     **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Ally Financial**
Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2017 Chevy Express Van**
**VIN 1GB0GRFF3H1287601**

**$26,467.00** | **$7,500.00**

Describe the lien
**Automobile**
Is the creditor an insider or related party?
☑ No ☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent ☐ Unliquidated ☐ Disputed

**2.2 Ally Financial**
Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2017 Ford Transit Van**
**VIN 1FTBW2YM7HKB49791**

$35,953.00 | $13,000.00

Describe the lien
Is the creditor an insider or related party?
☑ No ☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Financial** |
|---|---|

Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Ford Transit Van**
**VIN 1FTBR1C89LKB67472**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,467.00          $28,000.00

---

| 2.4 | **Ally Financial** |
|---|---|

Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2017 Ford Transit Van**
**VIN NM0LS7E7H1300204**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,454.00          $7,500.00

---

| 2.5 | **Ally Financial** |
|---|---|

Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2015 Chevy Express Van**
**VIN 1GB0G2CFXF1225041**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

$14,300.00          $7,000.00

---

Debtor  **Bakers Residential Experts Heating, Cooling,**
**Plumbing, and Electrical, LLC**
_____    Case number (if known) _____
Name

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ally Financial** | Describe debtor's property that is subject to a lien | $15,650.00 | $9,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 380901
Minneapolis, MN 55438**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2016 Ford Transit Van
VIN 1FTYE1YMXFKA41803**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Ally Financial** | Describe debtor's property that is subject to a lien | $8,140.00 | $7,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 380901
Minneapolis, MN 55438**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2015 Chevy Silverado
VIN 1GCNCPEH4FZ422796**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Breakout Capital, LLC** | Describe debtor's property that is subject to a lien | $205,000.00 | $14,000.00 |
|---|---|---|---|---|

Debtor **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC**
_____
Name

Case number (if known) _____

Creditor's Name

**1451 Dolly Madison Blvd, Ste 200 McLean, VA 22101**
Creditor's mailing address

**90 days or less: Accounts Receivable**

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **TD Auto Finance** | Describe debtor's property that is subject to a lien | $25,059.00 | $24,000.00 |
|-----|---------------------|---|---|---|

Creditor's Name

**2020 Ford Transit Van VIN 1FTBR1X88LKB63648**

**P.O. Box 9223 Farmington, MI 48333**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $366,490.00 |
|----|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|
| Debtor name      **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |
|  | **Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| **2.2** | Priority creditor's name and mailing address | $0.00 | $0.00 |
|---|---|---|---|
|  | **SCDOR**<br>**Office of General Counsel**<br>**300A Outlet Pointe Blvd**<br>**Columbia, SC 29210** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,000.00** |
|---|---|---|---|
| | **American Express**<br>P.O. Box 96001<br>Los Angeles, CA 90096 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,000.00** |
|---|---|---|---|
| | **Capybara Capital LLC**<br>6501 Congress Ave., Suite 140<br>Boca Raton, FL 33487 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$72,462.00** |
|---|---|---|---|
| | **Capytal (New Capital Group)**<br>1545 Route 202, Ste 101<br>Pomona, NY 10970 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Chase Business**<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,188.00** |
|---|---|---|---|
| | **City Electric Supply Conway**<br>1724 Husted Road<br>Conway, SC 29526 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44,800.00** |
|---|---|---|---|
| | **Clearstone Fund, LLC**<br>80 W Sunrise Hwy 1096<br>Valley Stream, NY 11581 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$71,520.00** |
|---|---|---|---|
| | **Diesel Funding, LLC**<br>1100 NE 163rd St, Ste 404<br>Miami, FL 33162 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,366.00**

**East Coast Metal Dist LLC**
**615B Seaboard Street**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,877.00**

**Fresh Funding**
**42 Broadway St 1815**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,105.00**

**Fundbox**
**6900 Dallas Parkway, ste 700**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

**Lowes Business Account**
**P.O. Box 669824**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,468.00**

**Ocean Funding**
**451 West Cypress Creek Rd., Suite 300**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00**

**Slate Advance**
**475 Oberlin Ave. S.**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,000.00**

**Thriveway Funding Group, LLC**
**1924 New York Ave**
**Brooklyn, NY 11210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,642.00 |
|---|---|---|---|

**United Refrigeration**
**1317 Enterprise Ave**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,000.00 |
|---|---|---|---|

**Vox Funding**
**100 Park Ave, Floor 26**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ariel Bouskila, Esq.**<br>**Berkivitch & Bouskila, PLLC**<br>**1545 US 202, Ste 101**<br>**Pomona, NY 10970** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David Epstein, Esq.**<br>**1901 Avenue of the Stars, Suite 200**<br>**Los Angeles, CA 90067** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Fresh Funding Solutions, Inc**<br>**157 Church St, 19th Flr**<br>**New Haven, CT 06510** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Internal Revenue Service**<br>**Insolvency Group 6**<br>**MDP 39**<br>**1835 Assembly Street**<br>**Columbia, SC 29201** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Law Office of Isaac H. Greenfield, PLLC**<br>**2 Executive Blvd, Ste 305**<br>**Suffern, NY 10901** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Lieberman & Klestzick**<br>**71 S Central Ave**<br>**Valley Stream, NY 11580** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 719,228.00 |

| Debtor | **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ **719,228.00**

**Fill in this information to identify the case:**

Debtor name    **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest — **Lease on 3516F South Live Oak Drive** | |
| State the term remaining | **CCMD3 LLC** |
| List the contract number of any government contract | **P.O. Box 901** **Johns Island, SC 29457** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest — **Lease with option to purchase** | |
| State the term remaining | **Matthew Bryant** |
| List the contract number of any government contract | **2910 Highway 65** **Conway, SC 29526** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF SOUTH CAROLINA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Franklin Felton** | **Personal Guarantee** | **Breakout Capital, LLC** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Franklin Felton** | **Personal Guarantee** | **Capybara Capital LLC** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.3 **Franklin Felton** | **Personal Guarantee** | **Capytal (New Capital Group)** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.4 **Franklin Felton** | **Personal Guarantee** | **Clearstone Fund, LLC** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.5 **Franklin Felton** | **Personal Guarantee** | **Diesel Funding, LLC** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |

| Debtor | **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC** | Case number *(if known)* |
|---|---|---|

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | Franklin Felton<br><br>Personal Guarantee | Fresh Funding | ☐ D _____<br>■ E/F ___**3.9**___<br>☐ G _____ |
| 2.7 | Franklin Felton<br><br>Personal Guarantee | Fundbox | ☐ D _____<br>■ E/F ___**3.10**___<br>☐ G _____ |
| 2.8 | Franklin Felton<br><br>Personal Guarantee | Ocean Funding | ☐ D _____<br>■ E/F ___**3.12**___<br>☐ G _____ |
| 2.9 | Franklin Felton<br><br>Personal Guarantee | Slate Advance | ☐ D _____<br>■ E/F ___**3.13**___<br>☐ G _____ |
| 2.10 | Franklin Felton<br><br>Personal Guarantee | Thriveway Funding Group, LLC | ☐ D _____<br>■ E/F ___**3.14**___<br>☐ G _____ |
| 2.11 | Franklin Felton<br><br>Personal Guarantee | Vox Funding | ☐ D _____<br>■ E/F ___**3.16**___<br>☐ G _____ |
| 2.12 | Franklin Felton<br><br>Personal Guarantee | East Coast Metal Dist LLC | ☐ D _____<br>■ E/F ___**3.8**___<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re    **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC**     Case No. _____

Debtor(s)     Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $    **10,000.00** |
| Prior to the filing of this statement I have received | $    **10,000.00** |
| Balance Due | $    **0.00** |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
    **Retainer Agreement Available Upon Request**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Retainer Agreement Available Upon Request**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January  5, 2024**
*Date*

**/s/ Kevin Campbell**
**Kevin Campbell 0030**
*Signature of Attorney*
**Campbell Law Firm, PA**
**PO Box 684**
**Mt. Pleasant, SC 29465**
**(843)884-6874   Fax: (843)884-0997**
**kcampbell@campbell-law-firm.com**
*Name of law firm*

---

# United States Bankruptcy Court
## District of South Carolina

In re **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Franklin Felton, Sr.**<br>**3075 Gowans Road**<br>**Myrtle Beach, SC 29579** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January  5, 2024**

Signature  **/s/ Franklin Felton, Sr**
**Franklin Felton, Sr**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC**

Case No. _____

Chapter **11**

Debtor(s)

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) _____ scannable hard copy
(number of sheets submitted _____)

(c) __X__ electronic version filed via CM/ECF

Date: **January  5, 2024** _____

**/s/ Franklin Felton, Sr** _____
**Franklin Felton, Sr**
Signature of Debtor

**/s/ Kevin Campbell** _____
Signature of Attorney
**Kevin Campbell**
**Campbell Law Firm, PA**
**PO Box 684**
**Mt. Pleasant, SC 29465**
**(843)884-6874**
Typed/Printed Name/Address/Telephone

**0030 SC** _____
District Court I.D. Number

Software Copyright (c) 1996-2023 Best Case, LLC- www.bestcase.com

ALLY FINANCIAL
PO BOX 380901
MINNEAPOLIS MN 55438


AMERICAN EXPRESS
P.O. BOX 96001
LOS ANGELES CA 90096


ARIEL BOUSKILA, ESQ.
BERKIVITCH & BOUSKILA, PLLC
1545 US 202, STE 101
POMONA NY 10970


BREAKOUT CAPITAL, LLC
1451 DOLLY MADISON BLVD, STE 200
MCLEAN VA 22101


CAPYBARA CAPITAL LLC
6501 CONGRESS AVE., SUITE 140
BOCA RATON FL 33487


CAPYTAL (NEW CAPITAL GROUP)
1545 ROUTE 202, STE 101
POMONA NY 10970


CCMD3 LLC
P.O. BOX 901
JOHNS ISLAND SC 29457


CHASE BUSINESS
1111 POLARIS PKWY
COLUMBUS OH 43240


CITY ELECTRIC SUPPLY CONWAY
1724 HUSTED ROAD
CONWAY SC 29526


CLEARSTONE FUND, LLC
80 W SUNRISE HWY 1096
VALLEY STREAM NY 11581


DAVID EPSTEIN, ESQ.
1901 AVENUE OF THE STARS, SUITE 200
LOS ANGELES CA 90067

DIESEL FUNDING, LLC
1100 NE 163RD ST, STE 404
MIAMI FL 33162


EAST COAST METAL DIST LLC
615B SEABOARD STREET
MYRTLE BEACH SC 29577


FRESH FUNDING
42 BROADWAY ST 1815
NEW YORK NY 10004


FRESH FUNDING SOLUTIONS, INC
157 CHURCH ST, 19TH FLR
NEW HAVEN CT 06510


FUNDBOX
6900 DALLAS PARKWAY, STE 700
PLANO TX 75024


INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA PA 19114


INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 6
MDP 39
1835 ASSEMBLY STREET
COLUMBIA SC 29201


LAW OFFICE OF ISAAC H. GREENFIELD, PLLC
2 EXECUTIVE BLVD, STE 305
SUFFERN NY 10901


LIEBERMAN & KLESTZICK
71 S CENTRAL AVE
VALLEY STREAM NY 11580


LOWES BUSINESS ACCOUNT
P.O. BOX 669824
DALLAS TX 75266


MATTHEW BRYANT
2910 HIGHWAY 65
CONWAY SC 29526

OCEAN FUNDING
451 WEST CYPRESS CREEK RD., SUITE 300
FORT LAUDERDALE FL 33309


SCDOR
OFFICE OF GENERAL COUNSEL
300A OUTLET POINTE BLVD
COLUMBIA SC 29210


SLATE ADVANCE
475 OBERLIN AVE. S.
LAKEWOOD NJ 08701


TD AUTO FINANCE
P.O. BOX 9223
FARMINGTON MI 48333


THRIVEWAY FUNDING GROUP, LLC
1924 NEW YORK AVE
BROOKLYN NY 11210


UNITED REFRIGERATION
1317 ENTERPRISE AVE
MYRTLE BEACH SC 29577


VOX FUNDING
100 PARK AVE, FLOOR 26
NEW YORK NY 10017

# United States Bankruptcy Court
## District of South Carolina

In re  Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC

Case No.

Debtor(s)

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Franklin Felton, Sr.**
**3075 Gowans Road**
**Myrtle Beach, SC 29579**

☐ None [*Check if applicable*]

**January  5, 2024**

Date

/s/ Kevin Campbell

**Kevin Campbell 0030**

Signature of Attorney or Litigant

Counsel for   **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC**

**Campbell Law Firm, PA**

**PO Box 684**
**Mt. Pleasant, SC 29465**
**(843)884-6874 Fax:(843)884-0997**
**kcampbell@campbell-law-firm.com**

## United States Bankruptcy Court
### District of South Carolina

In re    **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Franklin Felton, Sr**, declare under penalty of perjury that I am the **Owner** of **Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Franklin Felton, Sr, Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Franklin Felton, Sr, Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Franklin Felton, Sr, Owner** of this Corporation is authorized and directed to employ **Kevin Campbell 0030**, attorney and the law firm of **Campbell Law Firm, PA** to represent the corporation in such bankruptcy case."

Date    **January  5, 2024**

Signed    /s/ Franklin Felton, Sr

**Franklin Felton, Sr**

Resolution of Board of Directors
of
**Bakers Residential Experts Heating, Cooling, Plumbing, and Electrical, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Franklin Felton, Sr, Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Franklin Felton, Sr, Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Franklin Felton, Sr, Owner** of this Corporation is authorized and directed to employ **Kevin Campbell 0030**, attorney and the law firm of **Campbell Law Firm, PA** to represent the corporation in such bankruptcy case.

Date  **January  5, 2024**                          Signed   /s/ Franklin Felton, Sr.

Date  **January  5, 2024**                          Signed